**WRIT OF EXECUTION**

# United States District Court

DISTRICT  Eastern District of Texas

4:18cv647

TO THE MARSHAL OF:

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Star Medical Center, LLC
4100 Mapleshade Lane
Plano, TX 75093

you cause to be made and levied as well a certain debt of: Final Judgment

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| | $504,946.36  and |

In the United States District Court for the  Eastern  District of  Texas , before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

1. Liquidated damages in the amount of $469,707.97;
2. Prejudgment interest in the amount of $13,782.39 (calculated from September 12, 2018 to the date of this judgment (April 4, 2019), at the rate of 5.25% simple interest, as provided under Texas law applicable in this diversity case);
3. Attorneys' fees in the amount of $20,857.00; and
4. Costs in the amount of $599.00.

and also the costs that may accrue under this writ.
　　And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT  Eastern District of Texas |
|---|---|
| CITY | DATE |

Witness the Honorable _____
　　　　　　　　　　　　　　　　　　　　　(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 5/8/2019 | *David A. O'Toole* |
| | (BY) DEPUTY CLERK  *Becca Ferrell* |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U. S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|