**WRIT OF EXECUTION**

# United States District Court

DISTRICT: Eastern District of Texas

4:18cv647

TO THE MARSHAL OF:

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
MedOne Texas MSO LLC
815 Brazos Street, Suite 500
Austin, TX 78701

you cause to be made and levied as well a certain debt of: Final Judgment

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| | $504,946.36 and |

In the United States District Court for the Eastern District of Texas, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

1. Liquidated damages in the amount of $469,707.97;
2. Prejudgment interest in the amount of $13,782.39 (calculated from September 12, 2018 to the date of this judgment (April 4, 2019), at the rate of 5.25% simple interest, as provided under Texas law applicable in this diversity case);
3. Attorneys' fees in the amount of $20,857.00; and
4. Costs in the amount of $599.00.

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT Eastern District of Texas |
|---|---|
| CITY | DATE |

Witness the Honorable _____
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 5/8/2019 | David A. O'Toole |
| | (BY) DEPUTY CLERK Becca Ferrell |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U. S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|